

P48493/AP

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

### MEMORANDUM

**08 CRIM 595**

| | |
|---|---|
| **TO:** | Jim Molinelli, Miscellaneous Clerk |
| **FROM:** | Adam Pakula, United States Probation Officer |
| **RE:** | Carlos Javier Rosario-Chavez |
| **DATE:** | June 30, 2008 |

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On October 24, 2006 the above-named individual was sentenced in the District of Puerto Rico outlined in the attached J & C.

In May 14, 2008, we received the Prob. 22's endorsed by the Honorable Daniel R. Dominguez, U.S. District Court Judge, ordering Mr. Rosario-Chavezl's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5171.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Adam Pakula
U.S. Probation Officer

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____